## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **3-03-CR-134-D** |
| | ) | **(3-05-CV-247-D)** |
| KATHERINE WILLIS | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge filed on June 15, 2005, as supplemented by the Supplemental Findings, Conclusions, and Recommendation of the Magistrate Judge filed on August 4, 2005, are correct, and they are adopted as the findings and conclusions of the Court.

By August 16, 2005 order, the court granted defendant an extension through October 14, 2005 to file her objections. She filed them, however, on August 23, 2005. In a letter to the court postmarked August 25, 2005, it is apparent that defendant has presented the objections she asks the court to consider. Accordingly, the court concludes that it may act on the Findings, Conclusions, and Recommendation and Supplemental Findings, Conclusions, and Recommendation of the Magistrate Judge.

Signed August 30, 2005.


SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE